# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: SESSIONS OF THE SUPREME   :   No. 474
COURT OF PENNSYLVANIA        :   Judicial Administration
FOR THE YEAR 2018             :   Docket

## ORDER

**PER CURIAM:**

**AND NOW**, this 21st day of December, 2016 it is ordered that the argument/administrative sessions of the Supreme Court of Pennsylvania shall be held in the year 2018 as follows:

| | |
|---|---|
| Philadelphia (Administrative Session) | February 6th |
| Philadelphia | March 5th through March 9th |
| Harrisburg (Administrative Session) | March 27th |
| Pittsburgh | April 9th through April 13th |
| Harrisburg | May 14th through May 18th |
| Pittsburgh (Administrative Session) | June 5th |
| Philadelphia | September 24th through September 28th |
| Pittsburgh | October 22nd through October 26th |
| Harrisburg | December 3rd through the 7th |

Additional argument/administrative sessions may be scheduled as the Court deems necessary.